UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESH & BEST PRODUCE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OAKTOWN VENTURES, LLC, et al.,<br><br>Defendants. | Case No. 16-cv-06991 NC<br><br>**ORDER TO SHOW CAUSE REGARDING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 14 |

Plaintiff Fresh & Best Produce, Inc. filed a motion for default judgment against defendants Oaktown Ventures, LLC and Richard Hackett. Dkt. No. 14. In its motion, Fresh & Best did not address the factors set forth by the Ninth Circuit in *Eitel v. McCool* to assist the Court in determining whether default judgment is warranted. 782 F.2d 1470, 1471-72 (9th Cir. 1986).

Those factors are: (1) the possibility of prejudice to the plaintiff; (2) the merits of the plaintiff's substantive claim; (3) the sufficiency of the complaint; (4) the sum of money at stake in the action; (5) the possibility of a dispute concerning material facts; (6) whether the default was due to excusable neglect; and (7) the strong policy favoring decisions on the merits. *Eitel*, 782 F.2d at 1471-72.

Thus, the Court ORDERS Fresh & Best to file with the Court a brief not to exceed 10 pages addressing each of the seven *Eitel* factors by April 7, 2017.

Case No. 16-cv-06991 NC

**IT IS SO ORDERED.**

Dated:  March 30, 2017                    _____
                                          NATHANAEL M. COUSINS
                                          United States Magistrate Judge