UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESH & BEST PRODUCE, INC.,<br>Plaintiff,<br>v.<br>OAKTOWN VENTURES, LLC,<br>RICHARD HACKETT,<br>Defendants. | Case No. 16-cv-06991 NC<br><br>**ORDER TO SHOW CAUSE REGARDING PERSONAL JURISDICTION OVER DEFENDANT RICHARD HACKETT AND REGARDING ATTORNEY QUALIFICATIONS**<br><br>Re: Dkt. No. 14 |

The Court is in receipt of plaintiff Fresh & Best Produce, Inc.'s motion for default judgment, but has found deficiencies in the filings by counsel.

First, it is unclear that the Court has personal jurisdiction over defendant Richard Hackett because Fresh & Best has not specified his place of domicile or how his association with Oaktown Ventures, LLC brings him within the Court's jurisdictional reach.

Second, Fresh & Best's counsel, Susan Bishop, provided the Court with no documentation regarding her experience and background, nor has she presented evidence showing that her hourly rate is reasonable. The Court cannot properly calculate attorneys' fees without such information.

On Fresh & Best's motion for default judgment, the burden of proof on both of these points is Fresh & Best's, not the Court's. Thus, by May 17, 2017, Fresh & Best must

Case No. 16-cv-06991 NC

provide supplemental briefing regarding personal jurisdiction and a declaration and/or exhibits regarding attorney Bishop's fees.

**IT IS SO ORDERED.**

Dated: May 12, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge